CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ANGELA DENISE WHITE, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 4:12cv00022 |
| ) | |
| FIA CARD SERVICES, N.A., ) | **FINAL ORDER** |
| CR EVERGREEN II, LLC, ) | |
| and ) | By: Hon. Glen E. Conrad |
| EAST BAY FUNDING, LLC, ) | Chief United States District Judge |
| ) | |
| Appellees, ) | |
| ) | |
| and ) | |
| ) | |
| CHRISTOPHER T. MICALE, ) | |
| ) | |
| Chapter 13 Trustee. ) | |

This case is before the court on an appeal from an order of the United States Bankruptcy Court for the Western District of Virginia. For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED

that the decision of the bankruptcy court is **REVERSED** and **REMANDED** for further proceedings consistent with this opinion.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

Enter: This 7th day of November, 2012.

/s/ Glen Conrad
Chief United States District Judge