CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 7 2012

JULIA C. DUDLEY, CLERK
BY: _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

ANGELA DENISE WHITE,                )
                                    )
          Appellant,                )
                                    )
v.                                  )
                                    )        Civil Action No. 4:12cv00022
FIA CARD SERVICES, N.A.,            )
CR EVERGREEN II, LLC,               )        **FINAL ORDER**
and                                 )
EAST BAY FUNDING, LLC,              )        By: Hon. Glen E. Conrad
                                    )        Chief United States District Judge
          Appellees,                )
                                    )
and                                 )
                                    )
CHRISTOPHER T. MICALE,              )
                                    )
          Chapter 13 Trustee.       )

This case is before the court on an appeal from an order of the United States Bankruptcy

Court for the Western District of Virginia. For the reasons stated in the accompanying

memorandum opinion, it is hereby

**ORDERED**

that the decision of the bankruptcy court is **REVERSED** and **REMANDED** for further

proceedings consistent with this opinion.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to all counsel of record.

Enter: This 7ᵗʰ day of November, 2012.

_____
Chief United States District Judge